No. 25,949.

UNION NATIONAL LIFE INSURANCE COMPANY, *Appellee,* v. WILLIAM R. BAKER, as Superintendent of Insurance, *Appellant.*

### SYLLABUS BY THE COURT.

APPEAL AND ERROR—*Review—Moot Issues.* An appeal will be dismissed where all the questions at issue have become moot.

Appeal from Shawnee district court, division No. 2; GEORGE H. WHITCOMB, judge. Opinion filed November 7, 1925. Appeal dismissed.

*Charles B. Griffith,* attorney-general, *John G. Egan* and *Frank C. Baldwin,* assistant attorneys-general, for the appellant.

*J. H. Brady,* of Kansas City, and *John L. Hunt,* of Topeka, for the appellee.

The opinion of the court was delivered by

MARSHALL, J.: The defendant appeals from a judgment in mandamus commanding him to "issue to the plaintiff a certificate of authority to do in the state of Kansas the business of insurance of lives of individuals, including the issuance of endowment policies of life insurance, and to insure individuals against personal injury, disablement or loss of health."

After the appeal the plaintiff transferred all of its business, contracts, obligations and policies to the Federal Reserve Life Insurance Company and discontinued writing insurance. The plaintiff urges that the questions at issue have become moot and that no judgment rendered in this action will have any effect. With that contention the court agrees, and for that reason dismisses the appeal. (*State, ex rel., v. Insurance Co.,* 88 Kan. 9, 127 Pac. 761.)